**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Taylor Dow*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*taylor.dow@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2026*

September 17, 2026

**BY ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Perez-Jiron v. Grimes,* No. 26-cv-11436 (CCC)**
**Petitioner's Release from ICE Custody**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's September 17, 2026 Text Order (ECF No. 10) ordering Petitioner's immediate release. U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner from its custody at approximately 11:30 a.m. this morning.

We thank the Court for its attention to this matter.

In light of Petitioner's release, the Clerk's Office shall close this matter. **SO ORDERED**.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: September 18, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Taylor Dow*
TAYLOR DOW
Assistant U.S. Attorney
*Attorney for Respondents*

cc: Counsel of record (by ECF)